# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 20, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139304

In re LAURENCE GEE ROBBINS, JR.
and BRAIN JAMAL ROBBINS, Minors.

_____/

DEPARTMENT OF HUMAN SERVICES,
            Petitioner-Appellee,

v

DEONNA I. SANDERS,
            Respondent-Appellant,

and

LAURENCE ROBBINS,
            Respondent.

_____/

SC: 139304
COA: 284790
Wayne Circuit Family
Division: 04-437255-NA

On order of the Court, the application for leave to appeal the June 23, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 20, 2009

_____
Clerk

d0818